IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OSCAR A. LEIVA,<br><br>                    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security;<br><br>                    Defendant. | **8:18CV461**<br><br>**ORDER** |

Plaintiff has submitted a Motion for Leave to Proceed in forma pauperis (Filing No. 2). Upon review of the request, I will waive payment of fees and grant Plaintiff leave to proceed in forma pauperis. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Leave to Proceed in forma pauperis (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and accompanying pleadings without prepayment of costs or fees.

Dated this 28th day of September, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge