IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OSCAR A. LEIVA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | 8:18CV461<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order (Filing No. 27) entered today, judgment is entered for plaintiff Oscar A. Leiva ("Leiva") and against defendant Andrew M. Saul, Commissioner of Social Security, providing that Leiva is awarded attorney fees in the amount of $3,148.60.

Dated this 28th day of October 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge